**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

FREDDIE L. BROWN,

    VS                                                                 CASE NO. 4:03cv87-RH/WCS

SGT STEPHEN M. COYNE, et. al.,

**REFERRAL AND ORDER**

    The motion/pleading was filed by plaintiff on 07/15/2005 (document #76), and referred to Magistrate Judge William C. Sherrill on 07/19/2005.

    Summary of motion/pleading: MOTION TO CLARIFY THE RECORD OF CASES

                                        WILLIAM M. MCCOOL, CLERK OF COURT

                                        s/ Angela Maxwell
                                        DEPUTY CLERK

---

**ORDER OF COURT**

    Upon consideration of the foregoing, it is ORDERED this 20th day of July, 2005, the requested relief is **GRANTED** to the extent that the Clerk of Court is directed to provide Plaintiff with a copy of the docket sheet for all of Plaintiff's cases.

                                        S/ William C. Sherrill
                                        UNITED STATES MAGISTRATE JUDGE