# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

FREDDIE L. BROWN,

       Plaintiff,

v.                                  CASE NO. 4:03cv87-RH/WCS

SGT. STEPHEN M. COYNE,
et al.,

       Defendants.

_____/

## ORDER DENYING MOTION TO VACATE

This matter is before the court on the magistrate judge's report and recommendation (document 73), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Plaintiff's motion to vacate and set aside the judgment (document 72) is DENIED.

SO ORDERED this 16th day of August, 2005.

                                              s/Robert L. Hinkle
                                              Chief United States District Judge