# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**FREDDIE L. BROWN,**

    **Plaintiff,**

**vs.**                                                          **Case No. 4:03cv87-RH/WCS**

**SGT. STEPHEN M. COYNE, et al.,**

    **Defendants.**

                                            /

## O R D E R

Plaintiff in this case submitted a letter addressed to the Clerk of Court, doc. 79, requesting information on the statute of limitations. Doc. 79.

On April 14, 2004, District Judge Robert Hinkle adopted the undersigned's report and recommendation, doc. 32, and dismissed Plaintiff's case without prejudice based on <u>Heck</u> and <u>Younger</u>. Doc. 53. Plaintiff's appeal was dismissed in July of 2004. Doc. 71. Finally, Plaintiff's motion to vacate was denied. Docs. 72, 73, and 78. This case is closed and Plaintiff shall not file anything further in this case. Finally, the Court is not permitted to give legal advice. Therefore, no response is provided as to Plaintiff's letter, doc. 79.

Accordingly, it is

**ORDERED:**

1. Plaintiff's letter, construed as a motion for advice as to the statute of limitations, doc.79, is **DENIED**.

2. Plaintiff shall not file anything further in this case.

**DONE AND ORDERED** on September 28, 2005.

        <u>s/    William C. Sherrill, Jr.    </u>
        **WILLIAM C. SHERRILL, JR.**
        **UNITED STATES MAGISTRATE JUDGE**